KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
SUSAN J. KAWALA
Deputy Attorney General
State Bar No. 178612
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5708
 Facsimile:  (415) 703-5480
 E-mail: Susan.Kawala@doj.ca.gov
*Attorneys for Defendant Laurie Thomas, PA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KENNETH LEE TAYLOR**,<br><br>Plaintiff,<br><br>v.<br><br>**DR. LAURIE THOMAS-PA**,<br><br>Defendant. | Case No. C14 0915 VC<br><br>**ORDER GRANTING, IN PART, REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br> (Local Rules 6-3 and 7-11)<br><br>Judge: The Honorable Judge Vince Chhabria<br>Trial Date:    None<br>Action Filed:  May 28, 2013 |

The Court, having considered the submissions and arguments of the parties, and good cause having been shown,

IT IS HEREBY ORDERED that Defendant's request for extension of time to file a dispositive motion is granted, in part, and Defendant is granted an extension of time to file a motion for summary judgment or other dispositive motion until no later than December 20, 2014. The Court does not contemplate granting further motions for extensions.

DATED: August 4, 2014

_____
UNITED STATES DISTRICT COURT JUDGE
VINCE CHHABRIA

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTION; ORDER (C14 0915 VC)