UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br>　　　　Plaintiff,<br>　　v.<br>DR. LAURA THOMAS,<br>　　　　Defendant. | Case No. 14-cv-00915-VC (PR)<br><br>**ORDER DENYING THIRD MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Docket no. 28 |

　　On February 28 and June 4, 2014, Kenneth Lee Taylor filed motions for appointment of counsel, which the Court denied because exceptional circumstances requiring the appointment of counsel were not evident. The Court stated that if, in the future, it determined that it was necessary to appoint counsel, it would do so *sua sponte*. On March 30, 2015, Taylor filed a third motion for the appointment of counsel arguing that the legal issues are complex and he is unable to adequately investigate or present the factual issues regarding his claims. These are the same reasons he provided in his previous motions for appointment of counsel.

　　"[I]t is well-established that there is generally no constitutional right to counsel in civil cases." *United States v. Sardone*, 94 F.3d 1233, 1236 (9th Cir. 1996). Nonetheless, under 28 U.S.C. § 1915(e)(1), the Court has the discretion to appoint counsel to "any person unable to afford counsel." The discretionary appointment of counsel typically is reserved for cases involving "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved.' Neither of these factors is dispositive and both must be viewed together before reaching a decision." *Id*.

1  Taylor's third motion to appoint counsel is denied because exceptional circumstances
2  requiring the appointment of counsel are not evident.  If, in the future, the Court concludes it is
3  necessary to appoint counsel to represent Taylor, it shall do so on its own motion.  Taylor may not
4  keep re-filing the same motion for appointment of counsel.
5  This Order terminates Docket No. 28.
6  **IT IS SO ORDERED.**
7  Dated: April 22, 2015

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH LEE TAYLOR,

    Plaintiff,

  v.

LAURA THOMAS,

    Defendant.

Case No. 14-cv-00915-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/22/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Lee Taylor ID: J-89634
Pelican Bay State Prison SHU D9-121 Low
PO Box 7500
Crescent City, CA 95532

Dated: 4/22/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

3