UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH LEE TAYLOR,

    Plaintiff,

  v.

LAURA THOMAS,

    Defendant.

Case No. 14-cv-00915-VC (PR)

**JUDGMENT**

For the reasons stated in this Court's Order Granting, in part, Motion for Summary Judgment and Dismissing Negligence Claim Without Prejudice to Filing in State Court, judgment is entered in favor of Thomas on the Eighth Amendment claim and the negligence claim is dismissed without prejudice to filing in state court. The parties shall bear their own costs of suit. Judgment is entered accordingly.

The Clerk shall close the file.

Dated: August 13, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br>        Plaintiff,<br>    v.<br>LAURA THOMAS,<br>        Defendant. | Case No.  14-cv-00915-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Lee Taylor ID: J-89634
Pelican Bay State Prison SHU D9-121 Low
PO Box 7500
Crescent City, CA 95532

Dated: August 13, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2